UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J OSTRANDER,

       Plaintiff,

                              Case No. 5:05-CV-82

v.

                              HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 26, 2006. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 26, 2006, (docket no. 8), is approved and adopted as the opinion of the court.

Dated: June 12, 2006                                  /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE